The People ex. rel, HORATIO G. ONDERDONK vs. ROBERT W. MOTT.

A director or corporator has a right at all reasonable times, to examine the books records and papers of the company.

*Motion for a mandamus, on notice.*—This was a motion by relator, for a mandamus to the defendant as secretary of the North Hempstead and Flushing Turnpike Road and Bridge Company, to require him to exhibit to the relator, the books and papers belonging to the company. The relator was a director of the company, and on the 14th of June last, demanded by notice in writing and personally, of defendant an examination of certain books and papers belonging to the company, which defendant refused, by replying he preferred not to do so at present, he thought he had good reasons for refusing. On further request of relator, defendant said he would see the president of the company and confer with him, and produce the books and papers on the following Thursday, at a meeting of the board of directors, until which time, he gave relator distinctly to understand they could not be seen, and he would not exhibit them.

M. T. REYNOLDS, *Relator's Counsel.*    H. G. ONDERDONK, *Atty in person.*

D. GRAHAM, JR., *Defts Counsel.*    R. W. MOTT, *Atty in person.*

BEARDSLEY, Justice.—Decided, that a director, or a corporator, had a right at all reasonable times, to examine the books, records, and papers of the company.   Mandamus granted.